# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JUAN YANEZ,

Plaintiff,

v. Case No.: 6:26-cv-01334-JSS-LHP

MARUTI TRANSPORTATION GROUP, INC.,

Defendant,

---

**ORDER TO STRIKE**
(And Direction to Clerk)

Before the Court is Defendant Maruti Transportation Group, Inc.'s ("Maruti Transportation's") Motion to Set Aside Default. Doc. No. 16. On review, the motion is signed by "Parth Parikh", a "Managing Member" of Maruti Transportation. *Id.* at 2. But Defendant is a corporate entity, and "[a] party, other than a natural person, can appear through [a] lawyer only." *See* Local Rule 2.02(b)(2). *See also SEC v. Merchant Capital, LLC*, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established . . . that a business organization cannot appear *pro se* and must be represented by counsel, not merely by a stockholder or officer." (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)). There is no suggestion in the motion or otherwise

that Parikh is an attorney admitted to practice in the Middle District of Florida. *See* Doc. No. 16.[1]

Accordingly, the motion (Doc. No. 16) is hereby **STRICKEN**. If Defendant wishes to litigate this case, it may do so only via counsel admitted to practice in this Court, and by motion filed in full compliance with all applicable Local Rules and Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

[1] The Court also notes that this motion fails to comply with the conferral requirements of Local Rule 3.01(g).